UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE No.: 9-19-CV-80111-BLOOM/Reinhart

CENTRE HILL COURTS
CONDOMINIUM ASSOCIATION, INC.

    Plaintiff,

vs.

ROCKHILL INSURANCE COMPANY,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING AFFIDAVIT OF DENNIS JAMES**

Plaintiff CENTRE HILL COURTS CONDOMINIUM ASSOCIATION, INC., by and through undersigned counsel, files the following affidavit in support of Plaintiff's Response to Defendant's Daubert Motion to Preclude Expert Testimony From Plaintiff's Disclosed Experts, Dennis James, Steven Thomas, Rocco Calaci and Michael Biller, P.E. [D.E. 68.]

1.    Affidavit of Dennis James dated December 23, 2019.

Dated this 23rd day of December 2019.

                                        **MERLIN LAW GROUP, P.A.**

                                        */s/ Shane S. Smith*
                                        **WILLIAM F. MERLIN, JR., ESQUIRE**
                                        Florida Bar Number: 364721
                                        **ERISELDA KUHN, ESQUIRE**
                                        Florida Bar Number: 1003031
                                        **SHANE S. SMITH, ESQUIRE**
                                        Florida Bar Number: 53130
                                        MERLIN LAW GROUP, P.A.
                                        777 S. Harbour Island Blvd., Suite 950
                                        Tampa, Florida 33602
                                        Telephone: (813) 229-1000

Fax: (813) 229-3692
Attorneys for Plaintiff
wmerlin@merlinlawgroup.com
ikuhn@merlinlawgroup.com
ssmith@merlinlawgroup.com
rbradley@merlinlawgroup.cm

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 23, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified below by notice of electronic filing generated by CM/ECF.

By: */s/ Shane S. Smith*

**SERVICE LIST**

Lauren D. Levy, Esq.
Alexander Goerss, Esq.
LEVY LAW GROUP
3399 Ponce de Leon Blvd., Suite 202
Coral Cables, Florida 33134
lauren@levylawgroup.com
alex@levylawgroup.com
lourdes@levylawgroup.com
jocelyn@levylawgroup.com
nikki@levylawgroup.com

Scott M. Rosso, Esq.
David R. Shaheen, Esq.
GED Lawyers, LLP
171 North Federal Highway
Boca Raton, Florida 33487
pdlitlaw@gedlawyers.com
dshaheen@gedlawyers.com