**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO.: 9-19-CV-80111-BLOOM/Reinhart**

CENTRE HILL COURTS
CONDOMINIUM ASSOCIATION, INC.

     Plaintiff,

vs.

ROCKHILL INSURANCE COMPANY,

     Defendant.

_____/

## AFFIDAVIT OF DENNIS JAMES

STATE OF FLORIDA          )

COUNTY OF PINELLAS      )

BEFORE ME, the undersigned authority, personally appeared DENNIS JAMES, who, after being first duly sworn, deposes and says that:

1.     I, Dennis James, make this Affidavit voluntarily and on the basis of my personal knowledge.

2.     I am over the age of twenty-one (21), have never been declared incompetent, and am sui juris.

3.     I have a Bachelor of Science degree in Business Administration from the University of Florida.

4.     I am Chief Executive Officer of Triad Restoration Services ("TRIAD"), a company focusing on residential and commercial property estimating and construction.

5.     I am a Certified General Contractor in the State of Florida. I have held this license

1

since 2004.

6.      I am a licensed Mold Remediator in the State of Florida. I have held this license since 2011.

7.      I am a Windstorm Insurance Network Certified Appraiser. I have held this certification since 2016.

8.      I am a Windstorm Insurance Network Certified Umpire. I have held this certification since 2017.

9.      I have been a Florida licensed Independent Insurance Adjuster (620-All Lines) since 1995.

10.     I am a National Flood Insurance Program (NFIP) authorized adjuster. I have held this certification since 2017.

11.     A copy of my CV is attached as **Exhibit "1."**

12.     I have 24 years of experience working as an insurance adjuster and have adjusted thousands of insurance claims.

13.     From May 1995 through January 2004, I was employed by Nationwide Insurance Company in various levels as a Property Claims Representative. When I left Nationwide Insurance Company in January 2004, my title was Commercial Large Loss Specialist for the Southeast.

14.     During my employment as a Nationwide Insurance Company from May 1995, through January 2004, I received formal Xactimate training.

15.     I have used the Xactimate estimating software in my employment since approximately 1998 or 1999.

16.     I have testified at deposition approximately 500 times. I have testified at trial as

an expert 51 times. My expert opinions or testimony have never been excluded by any court.

17.     I understand that this Affidavit is being filed in the case styled *Centre Hill Courts Condominium Association, Inc. v. Rockhill Insurance Company*, Case No. 9-19-CV-80111-BLOOM/Reinhart, pending in the United States District Court, Southern District of Florida, for use at any and all proceedings, including as part of Plaintiff's Response to Defendant's Daubert Motion ("Motion") dated December 9, 2019.

18.     In 2019, TRIAD was retained by the Merlin Law Group on behalf of Centre Hill Courts Condominium Association, Inc.

19.     On September 19, 2019, I conducted a site inspection at the Centre Hill Courts Condominium Association, Inc. property located at 825 & 875 NW 13th Street, Boca Raton, FL 33486 (the "Property").

20.     My assignment in the Centre Hill Courts Condominium Association, Inc. matter was for the limited purpose of preparing an Actual Cash Value ("ACV") estimate of damages relating to the Property caused by Hurricane Irma.

21.     I was specifically retained to prepare an ACV estimate of damages for the Property and apply depreciation to the Replacement Cost Value (RCV) estimate previously prepared by a Florida Certified General Contractor, Richard Roth of Southern Restoration Services, LLC.

22.     A true and correct copy of the ACV Estimate in the amount of $1,553,265.35 dated September 23, 2019, which I prepared in this matter, is bates labeled Centre Hill Courts 001455- Centre Hill Courts 001496, and is attached as **Exhibit "2."**

23.     Other than my site investigation, there was no reason for me to perform any additional investigation as the scope of my assignment was limited to preparing an ACV estimate

of damages based on a Replacement Cost Value estimate previously prepared by a Florida Certified General Contractor.

24.     If this Honorable Court grants an Evidentiary Hearing, which I, in conjunction with Plaintiff am requesting, regarding Defendant's Motion, I am prepared to testify regarding my credentials, knowledge of estimating actual cash value damages in general and the actual cash value calculation of damages I performed as to Plaintiff's Property.  Additionally, I will explain the methodology I used to reach my opinions and conclusions which are held within a reasonable degree of professional certainty as a licensed general contractor.  I will testify that due to the specific and limited nature of the scope of my engagement, the protocol I employed was appropriate and met the standard of care for a Florida licensed general contractor. I will further testify how my conclusions will assist the trier of fact in evaluating the value of the damages sustained by Plaintiff's property.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Dennis James

BEFORE  ME,  the  undersigned  authority,  personally  appeared  Dennis  James,  who _____ is  personally  known  to  me,  or  produced  _____ _____ as identification and executed the foregoing.

SWORN TO AND SUBSCRIBED before me this 23 day of  December 2019.

_____
NOTARY PUBLIC, State of  Florida

My Commission Expires:



Notary Public State of Florida
Martilee Provenzano
My Commission GG 927572
Expires 10/29/2023

4