# EXHIBIT 1

*Curriculum Vitae*



### Dennis W James
2801 Alt 19
Dunedin, FL 34698
727-216-6350
dennis@asktriad.com
www.asktriad.com



### *Personal Profile*

Mr. James launched **Triad** to offer his experience and knowledge of residential and commercial property estimating and construction.  Triad's primary focus is providing the highest quality restoration & consulting services to its clients. Triad handles residential & commercial construction services in the restoration field. Triad also provides expert consulting services to home/business owners as well as professionals (attorneys, adjusters, insurance carriers, engineers, etc) involved in handling property loss and construction dispute claims and litigation.  In addition to being a building damage expert, Mr. James's professional background includes large property loss claims handling, construction management services for restoration projects and custom remodeling for residential and commercial properties.  Mr. James and **Triad** have an exceptional reputation for providing timely, accurate and quality construction and consulting services.

### *Education*

University of Florida – Gainesville, Florida
1986-1991
Bachelor of Science Business Administration
- Management Degree

### *Current Professional Experience*

**Triad Restoration Services**
CEO
2801 Alt 19 Dunedin, FL 34698

Dennis W James 2801 Alt 19 Dunedin, FL 34698

*Curriculum Vitae*

*Services:*
- 24hr emergency services
- Storm disaster response
- Residential & commercial restoration projects
- Construction project management
- Construction cost estimating services
- Construction defects inspections & evaluations
- Construction documents review and analysis
- Construction owner's representation
- Appraiser for insurance appraisal process
- Umpire for insurance appraisal process

## *Previous Professional Experience*

**Hunt & Associates Construction, Inc – West Florida Office**
February 2004 – October 2004
Operations / Project Manager

*Responsibilities:*
- Construction estimating & sales
- Project management
- Coordination / supervision of all subcontractors

**Nationwide Insurance Company – Florida**
May 1995 – January 2004
Property Claims Representative / Commercial Large Loss Specialist

*Responsibilities:*
- Managed large loss residential and commercial property claims
- Investigated and determined coverage
- Generated written property damage estimates
- Evaluated additional living expense and business income losses
- Supervised litigation & alternative dispute resolutions

*Curriculum Vitae*

---

**Sherwin Williams Company - Florida**
May 1991 – April 1995
Sales & Management

*Responsibilities:*

- Product sales including commercial paint products, floorcovering, waterproofing & concrete restoration

## *Certifications & Licenses*

Certified General Contractor - State of Florida License #CGC1528123
Mold Remediator – State of Florida License #MRSR764
Windstorm Insurance Network Certified Appraiser
Windstorm Insurance Network Certified Umpire
Independent Insurance Adjuster (620-All Lines) - State of Florida License #A129843
NFIP authorized adjuster – FCN #0070007268
Xactimate certified

## *Professional Affiliations*

Windstorm Insurance Network
Better Business Bureau of West Florida
Upper Tampa Bay Chamber of Commerce
Palm Harbor Chamber of Commerce

Dennis W James 2801 Alt 19 Dunedin, FL 34698



**Testimony Experience - Dennis James**

| | Date | Description | Type | Court |
|---|---|---|---|---|
| 1 | 09/01/06 | Bobo vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 2 | 10/01/06 | Robinson vs. Citizens Property Insurance Corporation | Depo | Pinellas County |
| 3 | 08/20/07 | Osz vs. Citizens Property Insurance Corporation | Depo | Pasco County |
| 4 | 08/28/07 | Bounsanto vs. Citizens Property Insurance Corporation | Depo | Pasco County |
| 5 | 12/04/07 | LeGrand vs. Cotton States Mutual Insurance Company | Depo | US District-Northern |
| 6 | 12/07/07 | Nicastro vs. State Farm Florida Insurance Company | Depo | Pasco County |
| 7 | 01/07/08 | Aslan vs. Liberty Mutual Insurance Company | Depo | Pinellas County |
| 8 | 01/30/08 | Miller vs. State Farm Florida Insurance Company | Depo | Pasco County |
| 9 | 02/01/08 | Peters/Collins vs. State Farm Insurance Company | Depo | Pasco County |
| 10 | 02/29/08 | Morrison vs. Florida Farm Bureau | Depo | Pasco County |
| 11 | 05/20/08 | Brooks vs. State Farm Insurance Company | Depo | Sumter County |
| 12 | 08/14/08 | Allgood vs. State Farm Insurance Company | Depo | Hernando County |
| 13 | 09/12/08 | Neuguth vs. State Farm Insurance Company | Depo | Pasco County |
| 14 | 09/22/08 | Cracchiolo vs. Nationwide Insurance Company | Depo | Pasco County |
| 15 | 09/30/08 | Overbeck vs. Citizens Property Insurance Corporation | Depo | Pasco County |
| 16 | 11/17/08 | Weiss vs. Citizens Property Insurance Corporation | Depo | Hernando County |
| 17 | 11/18/08 | Canady vs. State Farm Florida Insurance Company | Depo | Pasco County |
| 18 | 12/15/08 | O'Neal vs. State Farm Florida Insurance Company | Depo | Hernando County |
| 19 | 01/08/09 | Chechile vs. Nationwide Insurance Company of Florida | Depo | Pasco County |
| 20 | 01/29/09 | Nasco Investment Inc vs. Nationwide Mutual Insurance Company | Depo | Osceola County |
| 21 | 01/30/09 | Steven C. Smith vs. USF&G Specialty Insurance Company | Depo | Hillsborough County |
| 22 | 02/16/09 | Vandergrift vs. State Farm Florida Insurance Company | Depo | Pasco County |
| 23 | 02/24/09 | Dehner vs. Hartford Insurance Company of The Midwest | Depo | Pasco County |
| 24 | 02/25/09 | Martin vs. State Farm Insurance Company | Depo | Hernando County |
| 25 | 03/16/09 | Hanlon vs. Citizens Property Insurance Corporation | Depo | Pasco County |
| 26 | 04/14/09 | Periera vs. State Farm Insurance Company | Depo | Pasco County |
| 27 | 04/28/09 | Shaver vs. Florida Insurance Guaranty Association Inc | Depo | Pinellas County |
| 28 | 05/12/09 | Brandl vs. State Farm Florida Insurance Company | Depo | Pasco County |
| 29 | 06/01/09 | Abreu vs. Nationwide Insurance Company of Florida | Depo | Pasco County |
| 30 | 06/11/09 | Lessard vs. State Farm Florida Insurance Company | Depo | Pasco County |
| 31 | 07/16/09 | Furlong vs. Citizens Property Insurance Corporation | Depo | Pasco County |
| 32 | 09/28/09 | Port vs. State Farm Florida Insurance Company | Depo | Pasco County |
| 33 | 11/03/09 | Frangos vs. State Farm Florida Insurance Company | Depo | Hernando County |
| 34 | 11/04/09 | Jarrell vs. State Farm Florida Insurance Company | Depo | Hernando County |
| 35 | 12/01/09 | Reveron vs. Nationwide Insurance Company of Florida | Depo | Pasco County |
| 36 | 01/26/10 | Chechile vs. Nationwide Insurance Company of Florida | Trial | Pasco County |
| 37 | 02/24/10 | Gasparino vs. Encompass Insurance Company of America | Depo | Pasco County |
| 38 | 03/12/10 | Oliva vs. Florida Peninsula Insurance Company | Depo | Hillsborough County |
| 39 | 04/05/10 | Beney vs. Hartford Insurance Company of the Midwest | Depo | Pinellas County |
| 40 | 04/12/10 | Canales vs. American Security Insurance Company | Depo | US Middle District |
| 41 | 06/03/10 | Authority Flood & Fire vs. Creative Choice Homes | Depo | Port St Lucie County |
| 42 | 06/03/10 | Garcia vs. American Security Insurance Company | Depo | US Middle District |
| 43 | 06/09/10 | Krasowski vs. Nationwide Insurance Company of Florida | Depo | Pasco County |
| 44 | 07/01/10 | Colvin vs. Argus Fire & Casualty & Cypress Property & Casualty | Depo | Hillsborough County |
| 45 | 09/21/10 | Sandpiper Cove Condominium Association | Depo | Okaloosa County |
| 46 | 10/06/10 | MacMillan vs. People's Trust Insurance Company | Depo | Seminole County |
| 47 | 12/07/10 | Thomas vs. United Property & Casualty Insurance Company | Depo | Martin County |
| 48 | 12/20/10 | Ravelo vs. American Traditions Insurance Company | Depo | Hillsborough County |

| | | | | |
|---|---|---|---|---|
| 49 | 01/04/11 | Glass vs. Hartford Insurance Company of the Midwest | Depo | US Middle District |
| 50 | 01/06/11 | Harley vs. American Security Insurance Company | Depo | US Middle District |
| 51 | 01/19/11 | MacMillan vs. People's Trust Insurance Company | Trial | Seminole County |
| 52 | 02/09/11 | Fitzpatrick vs. State Farm Florida Insurance Company | Depo | Hillsborough County |
| 53 | 03/10/11 | Birnie vs. Southern-Owners Insurance Company | Depo | Brevard County |
| 54 | 03/17/11 | Blizzard vs. Universal Insurance Company of North America | Depo | Marion County |
| 55 | 03/18/11 | Powers vs. Hartford Insurance Company of the Midwest | Depo | US Middle District |
| 56 | 04/15/11 | HEA Clinic, P.A. vs. Allied Property & Casualty | Depo | US Southern-Texas |
| 57 | 04/29/11 | Campos vs. State Farm Florida Insurance Company | Depo | Orange County |
| 58 | 05/17/11 | Martucci-Sopher vs. Homewise Preferred Insurance Company | Depo | Hernando County |
| 59 | 06/08/11 | Liuzzo vs. Avatar Property and Cusalty Insurance Company | Depo | Hillsborough County |
| 60 | 06/29/11 | Plazewski vs. State Farm Florida Insurance Company | Depo | Pasco County |
| 61 | 07/27/11 | Haslam vs. Citizens Property Insurance Corporation | Depo | Hernando County |
| 62 | 08/19/11 | Fonseca vs. Universal Property & Casualty Insurance Company | Depo | Hillsborough County |
| 63 | 08/25/11 | Joyce vs. Tower Hill Prime Insurance Company | Depo | Hillsborough County |
| 64 | 09/28/11 | Demmi-Solomon vs. Nationwide Insurance Company of Florida | Depo | Pasco County |
| 65 | 10/12/11 | Moss vs. Hartford Insurance Company of the Midwest | Depo | Hillsborough County |
| 66 | 11/10/11 | McLaughlin v. American Mercury Insurance Company | Depo | Pasco County |
| 67 | 11/15/11 | Kennelly vs. State Farm Insurance Company | Depo | Volusia County |
| 68 | 11/16/11 | Zena vs. Tower Hill Prime Insurance Company | Depo | Hillsborough County |
| 69 | 11/17/11 | Yanes vs. Florida Peninsula Insurance Company | Depo | Hillsborough County |
| 70 | 11/29/11 | Costa-Perez-Malo vs. Florida Peninsula Insuarnace Company | Depo | Hillsborough County |
| 71 | 01/03/12 | Burns vs. Florida Peninsula Insurance Company | Depo | Pinellas County |
| 72 | 01/12/12 | Castillo vs. Florida Peninsula Insurance | Depo | Hillsborough County |
| 73 | 01/12/12 | Parker-Davis vs. Florida Peninsula Insurance | Depo | Pinellas County |
| 74 | 01/18/12 | Labelle vs. Encompass Floridian Insurance Company | Depo | US Middle District |
| 75 | 01/19/12 | Wozniak vs. American Mercury Insurance | Depo | Pinellas County |
| 76 | 01/23/12 | Ibarra-Martinez vs. Avatar Property & Casualty Insurance Comp | Depo | Hillsborough County |
| 77 | 01/24/12 | Montanez vs Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 78 | 01/26/12 | Watson vs. Tower Hill Select Insurance Company | Depo | Hillsborough County |
| 79 | 01/30/12 | Lara vs. Modern USA Insurance Company | Depo | Hillsborough County |
| 80 | 02/07/12 | Gibson vs. Nationwide Insurance Company of Florida | Depo | Pinellas County |
| 81 | 02/08/12 | Santos-Velazquez vs. FIGA | Depo | Hillsborough County |
| 82 | 02/09/12 | Bensen vs. Universal Insurance Company of North America | Depo | Pinellas County |
| 83 | 02/21/12 | Sanchez vs Florida Peninsula Insurance Company | Depo | Sarasota County |
| 84 | 02/24/12 | Vazquez-Rodriguez vs Florida Insurance Guaranty Association | Depo | Hillsborough County |
| 85 | 02/29/12 | McCluskey vs Citizens Property Insurance Corporation | Depo | Hernando County |
| 86 | 03/07/12 | Vega-Bravo vs. Florida Peninsula Insurance Company | Depo | Hillsborough County |
| 87 | 03/20/12 | Harvey & Beryl Watnick vs Nationwide Insurance Company of FL | Depo | Miami-Dade County |
| 88 | 03/27/12 | Sarai Sanchez v Florida Peninsula Insurance Company | Depo | Sarasota County |
| 89 | 4/3/12 | Cindy Piazza vs Nationwide Insurance Company of Florida | Depo | Pasco County |
| 90 | 4/11/12 | Hector Munoz & Alba Munoz vs Citizens Property Insurance Corp | Depo | Hillsborough County |
| 91 | 4/25/12 | Jennifer Sohl & Norman Paz vs Florida Insurance Guaranty Assoc | Depo | Palm Beach County |
| 92 | 5/1/12 | Paul & Michelle Sanzone vs Liberty Mutual Fire Insurance Co | Depo | Hernando County |
| 93 | 5/1/12 | Bronislawa Tzanetopoulos vs Citizens Property Insurance Corp | Depo | Pasco County |
| 94 | 5/9/12 | Joy Hendricks vs Universal Property & Casualty Insurance Co | Depo | Hillsborough County |
| 95 | 5/16/12 | Andrew McKee vs. Tower Hill Insurance Company | Depo | Polk County |
| 96 | 5/22/12 | Jacob & Bobbie Campbell vs Tower Hill Preferred Insurance Co | Depo | Pasco County |
| 97 | 5/30/12 | Michael & Monica Gillispie vs State Farm Florida Insurance Co | Depo | Hillsborough County |
| 98 | 6/7/12 | Daysi & Ubaldo Gascon vs Royal Palm Insurance Company | Depo | Hillsborough County |
| 99 | 6/11/12 | Maricella Cespedes vs Florida Peninsula Insurance Company | Depo | Hillsborough County |
| 100 | 6/12/12 | Maria Chang vs. Tower Hill Prime Insurance Company | Depo | Hillsborough County |
| 101 | 6/13/12 | Guillermo Rodriguez vs Sawgrass Mutual Insurance Company | Depo | Hillsborough County |
| 102 | 6/13/12 | Ricardo Abrahantes vs Universal Property and Casualty Insurance | Depo | Hillsborough County |
| 103 | 6/14/12 | Juan Garcia vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |

| | | | | |
|---|---|---|---|---|
| 104 | 6/18/12 | Ramon Torres vs Federated National Insurance Company & Citizens | Depo | Hillsborough County |
| 105 | 6/19/12 | Javier Duarte & Modesta Duarte vs. Citizens Property Insurance Corp | Depo | Hillsborough County |
| 106 | 6/20/12 | Timothy & Leticia Hale vs. United Services Automobile Association | Depo | Polk County |
| 107 | 6/26/12 | Yaser Gonzalez & Yuliet Perez vs Florida Peninsula Insurance Co | Trial | Hillsborough County |
| 108 | 7/3/12 | Christy Burbage vs. Universal Property & Casualty Insurance Co | Depo | Hillsborough County |
| 109 | 7/3/12 | Roberto & Olga Mora vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 110 | 7/5/12 | Roberto & Ramona Garcia vs. Citizens Property Insurance Corp | Depo | Hillsborough County |
| 111 | 7/11/12 | Onecimo & Imelda Castellanos vs Citizens Property Insurance Corp | Depo | Hillsborough County |
| 112 | 7/11/12 | Joseph Hough vs. Citizens Property Insurance Corporation | Depo | Hernando County |
| 113 | 7/17/12 | Rosa Quinones vs. American Security Insurance Company | Depo | Middle District of FL |
| 114 | 7/17/12 | Carlos Suarez & Vielka Alvarez vs. Citizens Property Insurance Corp | Depo | Hillsborough County |
| 115 | 7/18/12 | Alvaro & Josefina Orozco vs. Citizens Property Insurance Corp | Depo | Hillsborough County |
| 116 | 7/30/12 | Robert & Patricia Tedeschi vs. Citizens Property Insurance Corp | Depo | Pasco County |
| 117 | 7/31/12 | Jomary Mendez vs. Florida Peninsula Insurance Company | Depo | Hillsborough County |
| 118 | 8/1/12 | Orlando Fonseca & Idelsa Martinez vs. Citizens Property Ins Corp | Depo | Hillsborough County |
| 119 | 8/14/12 | David Kozmiuk vs. Hartford Insurance Company of the Midwest | Depo | Middle District of FL |
| 120 | 8/14/12 | William Barton vs USAA Casualty Insurance Company | Depo | Hernando County |
| 121 | 8/21/12 | Peter & Michelle Szakacs vs. State Farm Florida Insurance Co. | Depo | Pasco County |
| 122 | 8/22/12 | Rickie & Lisa Miller vs. Florida Insurance Guaranty Association | Depo | Pinellas County |
| 123 | 8/27/12 | Sheila McNamara vs. Tower Hill Signature Insurance Company | Depo | Hernando County |
| 124 | 8/28/12 | Rafael Millan & Rosa Romeo vs. Citizens Property Isnurance Corp | Depo | Hillsborough County |
| 125 | 8/28/12 | Dagmara Collantes vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 126 | 8/29/12 | Marc & Stacy Urban vs. Tower Hill Preferred Insurance Co. | Depo | Hernando County |
| 127 | 9/11/12 | Ruth Diaz-De'Mello vs. Citizens Property Insurance Corporation | Trial | Hernando County |
| 128 | 9/12/12 | Charles & Anne Pope vs. Tower Hill Insurance Company | Depo | Citrus County |
| 129 | 9/13/12 | German Alvarez & Luz Marroquin vs. Citizens Property Insurance | Depo | Hillsborough County |
| 130 | 9/18/12 | Gary & Delilah Cool vs. Tower Hill Insurance Company | Depo | Pasco County |
| 131 | 9/20/12 | Michael & Linda Hopcia vs. Citizens Property Insurance Corp | Depo | Pasco County |
| 132 | 9/25/12 | David & Patricia Robinson vs. Tower Hill Signature Insurance | Depo | Hernando County |
| 133 | 9/26/12 | Osvaldo Castells & Marelys Corzo vs. Florida Peninsula Ins Co | Depo | Hillsborough County |
| 134 | 9/26/12 | Gilberto Palacio & Cecilia Alpuin vs. Citizens Property Insurance | Depo | Hillsborough County |
| 135 | 9/26/12 | Barbara Antonelli vs. Citizens Property Insurance | Depo | Hernando County |
| 136 | 9/28/12 | Hiraida Benitez vs. Federated National Insurance Company | Depo | Hillsborough County |
| 137 | 10/18/12 | Peter & Melissa Ciucci vs. Citizens Property Insurance Corporation | Depo | Hernando County |
| 138 | 10/30/12 | Maurice & Nancy Harb vs. Citizens Property Insurance Corporation | Depo | Pinellas County |
| 139 | 10/31/12 | Troy Brantley vs. Tower Hill Insurance Company | Depo | Hillsborough County |
| 140 | 11/01/12 | John & Maria Gil vs. Edison Insurance Company | Depo | Pasco County |
| 141 | 11/06/12 | Elieser Lumpuy vs. Scottsdale Insurance Company | Depo | Middle District of FL |
| 142 | 11/06/12 | Allegues-Rodriguez vs. Tower Hill Select Insurance Company | Depo | Hillsborough County |
| 143 | 11/07/12 | George & Lucy Ortiz vs. American Mercury Insurance Company | Depo | Hernando County |
| 144 | 11/07/12 | Christopher & Patricia Murphy vs. Tower Hill Select Insurance Cp | Depo | Citrus County |
| 145 | 11/13/12 | John & Anna Velilla vs. Modern USA | Depo | Pinellas County |
| 146 | 11/15/12 | Robert & Nancy Ciaschini vs. Tower Hill Select Insurance Company | Depo | Pasco County |
| 147 | 11/15/12 | First Romanian Baptist Church of FL vs. State Farm FL Ins Co | Depo | Broward County |
| 148 | 11/15/12 | Ralph & Phylilis Barron vs. Homeowners Choice Prop & Casualty | Depo | Pinellas County |
| 149 | 11/27/12 | Reginald & Nationia Johnson vs. Citizens Property Insurance | Depo | Pasco County |
| 150 | 11/28/12 | Guillermo Portieles vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 151 | 11/28/12 | John Frascello vs. Citizens Property Insurance Corporation | Depo | Hernando County |
| 152 | 12/4/12 | Cecilia Montanez vs. Citizens Property Insurance Corporation | Trial | Hillsborough County |
| 153 | 12/5/12 | Lillian Caraballo vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 154 | 12/11/12 | Carlos Morejon & Violeta Medina vs. Florida Insurance Guaranty | Depo | Hillsborough County |
| 155 | 12/11/12 | Rafael & Mayda Acosta vs. Hartford Insurance Company of Midwest | Depo | Middle District of FL |
| 156 | 12/12/12 | Adrain Gomez & Margarita Prieto vs. Citizens Property Insurance | Depo | Hillsborough County |
| 157 | 12/12/12 | Luis & Nilda Garcia vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 158 | 12/13/12 | Karen Wolstein vs Citizens Property Insurance Corporation | Depo | Pinellas County |

| | | | | |
|---|---|---|---|---|
| 159 | 12/14/12 | Cindy Ortiz vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 160 | 1/8/13 | Evelio Campos vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 161 | 1/8/13 | Evelio Campos vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 162 | 1/9/13 | Kathleen Sheehan vs. Citizens Property Insurance Corporation | Depo | Hernando County |
| 163 | 1/15/13 | David & Patricia Robinson vs. Tower Hill Signature Insurance | Trial | Hernando County |
| 164 | 1/22/13 | Gabriel & Idania Valdes vs. State Farm Florida Insurance Company | Depo | Hillsborough County |
| 165 | 1/22/13 | Frank & Geraldine Espinosa vs. Citizens Property Insurance Corp | Depo | Hillsborough County |
| 166 | 1/23/13 | Katiana Gutierrez & Efron Santos vs. Royal Palm Insurance Co | Depo | Hillsborough County |
| 167 | 1/24/13 | The Estate for Thomas Rountree vs. Citizens Property Insurance | Depo | Miami-Dade County |
| 168 | 1/28/13 | Hector Munoz & Alba Munoz vs Citizens Property Insurance Corp | Trial | Hillsborough County |
| 169 | 1/31/13 | Yorktown at Beacon Place vs. Citizens Property Insurance Corp | Depo | Pinellas County |
| 170 | 2/5/13 | Logan Mitchell vs. Balboa Insurance Company | Depo | Middle District of FL |
| 171 | 2/5/13 | Migdalia Cabrera & Pedro Garcia vs. Citizens Property Insurance | Depo | Hillsborough County |
| 172 | 2/6/13 | Brian & Julie Bartell vs. Tower Hill Preferred Insurance Company | Depo | Marion County |
| 173 | 2/6/13 | Luis R Manrique-Martinez Suleymy Sanchez vs. Citizens Prop Ins | Depo | Pinellas County |
| 174 | 2/19/13 | Frank & Joann Dambrosio vs. Tower Hill Signature Insurance Co | Depo | Hernando County |
| 175 | 2/19/13 | Cheryl Forde vs. Tower Hill Select Insurance Company | Depo | Hillsborough County |
| 176 | 2/21/13 | Brian & Tammy Young vs. Citizens Property Insurance Corporation | Depo | Hernando County |
| 177 | 2/21/13 | Bruce & Linda Burdick vs. Universal Insurance Co of North America | Depo | Hernando County |
| 178 | 2/26/13 | Jorge Leon & Ileidys Rodriguez vs. Citizens Property Insurance Corp | Depo | Hillsborough County |
| 179 | 2/26/13 | Mirslaw & Katarzyna Kurek vs. Citizens Property Insurance Corp | Depo | Pasco County |
| 180 | 2/26/13 | Jason DiBattista vs. Citizens Property Insurance Corporation | Depo | Hernando County |
| 181 | 2/28/13 | Brian Holloway vs. Universal Insurance Company of North America | Depo | Hillsborough County |
| 182 | 2/28/13 | Marilia Ubiles vs. Florida Insurance Guaranty Association | Depo | Hillsborough County |
| 183 | 3/5/13 | Rodney Smith vs. Tower Hill Preferred Insurance Company | Depo | Polk County |
| 184 | 3/5/13 | Luis & Rosaura Mora vs. Tower Hill Prime Insurance Company | Depo | Hillsborough County |
| 185 | 3/5/13 | Dagoberto Rivero Maria Moreno vs. Citizens Property Insurance Cor | Depo | Hillsborough County |
| 186 | 3/12/13 | Alfredo Mejia vs. Citizens Property Insurance Corporation | Trial | Pasco County |
| 187 | 3/13/13 | Alberto LeCourt vs. Liberty Mutual Fire Insurance Company | Depo | Middle District of FL |
| 188 | 3/13/13 | Robert & Marilyn Olliver vs. Royal Palm Insurance Company | Depo | Hernando County |
| 189 | 3/14/13 | Augustin & Martha Morejon vs. American Security Insurance Co | Depo | Middle District of FL |
| 190 | 3/20/13 | Susana Munoz vs. Florida Insurance Guaranty Association Inc | Depo | Hillsborough County |
| 191 | 3/21/13 | Farinas & Cossett Diaz-Cordero vs. Citizens Property Insurance Co | Depo | Hillsborough County |
| 192 | 3/26/13 | Lorenzo & Jean Sciacchitano vs. Liberty Mutual Fire Insurance Co | Depo | Middle District of FL |
| 193 | 3/26/13 | Oney Jerez & Isela Oliva vs. Citizens Property Insurance Corp | Depo | Hillsborough County |
| 194 | 3/28/13 | Theresa Fernandez vs. Citizens Property Insurance Corp | Depo | Hillsborough County |
| 195 | 3/28/13 | Irvine & Mary Thurman vs. Citizens Property Insurance Corp | Depo | Hernando County |
| 196 | 3/29/13 | Warren & Michelle Rasmussen vs. Tower Hill Prime Insurance Co | Depo | Hillsborough County |
| 197 | 4/2/13 | David Argust vs. Liberty Mutual Fire Insurance Company | Depo | Middle District of FL |
| 198 | 4/2/13 | Vicki Graziano vs. Citizens Property Insurance Corporation | Depo | Hernando County |
| 199 | 4/3/13 | Andrew & Eleanor DeMuro vs. Tower Hill Prime Insurance Company | Depo | Pinellas County |
| 200 | 4/4/13 | Adel Carrero vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 201 | 4/4/13 | Keeratmatie Dandersaud vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 202 | 4/4/13 | Charles & Linda Mehltretter vs. Citizens Property Insurance Corp | Depo | Pasco County |
| 203 | 4/4/13 | Suncoast Real Estate Group vs. Citizens Property Insurance Corp | Depo | Pinellas County |
| 204 | 4/11/13 | Justin & Minerva Finley vs. Citizens Property Insurance Corporation | Depo | Pasco County |
| 205 | 4/11/13 | Robert & Virginia Irwin vs. Tower Hill Signature Insurance Company | Depo | Hernando County |
| 206 | 4/16/13 | Alicia Garcia vs. Florida Peninsula Insurance Company | Depo | Hillsborough County |
| 207 | 4/16/13 | James Hanse vs. Citizens Property Insurance Corporation | Depo | Hernando County |
| 208 | 4/16/13 | Luis Ruiz vs. State Farm Florida Insurance Company | Depo | Hillsborough County |
| 209 | 4/17/13 | Kirk Kramer vs. Hartford Insurance Company of the Midwest | Depo | Middle District of FL |
| 210 | 4/18/13 | Niurka Simoneau & Jorge Perez vs. Citizens Property Ins. Corp | Depo | Hillsborough County |
| 211 | 4/30/13 | Donald & Rosmary Lacrone vs. USAA Casualty Insurance Co | Depo | Middle District of FL |
| 212 | 4/30/13 | Richard & Linda Pulliam vs. Tower Hill Preferred Insurance Co | Depo | Hernando County |
| 213 | 5/1/13 | Paul & Sara Lupone vs. Citizens Property Ins Co & State Farm | Depo | Hernando County |

| | | | | |
|---|---|---|---|---|
| 214 | 5/2/13 | Reginald & Nationia Johnson vs. Citizens Property Insurance Corp | Depo | Pasco County |
| 215 | 5/2/13 | Walter Bono vs. Citizens Property Insurance Corporation | Depo | Pinellas County |
| 216 | 5/2/13 | Theresa Fernandez vs. Citizens Property Insurance Corporation (NT) | Depo | Hillsborough County |
| 217 | 5/7/13 | Brenda Hinchey vs. Citizens Property Insurance Corporation | Depo | Pasco County |
| 218 | 5/7/13 | Ricky Patton vs. State Farm Florida Insurance Company | Depo | Hernando County |
| 219 | 5/7/13 | Carlos Albores vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 220 | 5/16/13 | Carols & Maria Leon vs. Tower Hill Prime Insurance Company | Depo | Hillsborough County |
| 221 | 5/16/13 | Marc & Sonia Franklin vs. Royal Palm Insurance Company | Depo | Hernando County |
| 222 | 5/30/13 | Karen White vs. Tower Hill Signature Insurance Company | Depo | Pasco County |
| 223 | 6/4/13 | Paul Boivin & Kim Miller-Boivin vs. Citizens Property Insurance Corp | Depo | Pasco County |
| 224 | 6/4/13 | Leida Carmenate-Valdes vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 225 | 6/6/13 | Lawrence Lee & Barbara Lee vs. Auto Club Insurance Co of FL | Depo | Pasco County |
| 226 | 6/11/13 | Ricardo Ayala vs. Citizens Property Insurance Corporation | Depo | Pasco County |
| 227 | 6/18/13 | Yeny & Zady Sevila vs. Liberty Mutual Fire Insurance Company | Depo | Middle District of FL |
| 228 | 6/18/13 | Louis & Noelia Hernandez vs. Citizens Property Insurance Corp | Depo | Hernando County |
| 229 | 6/18/13 | Chandradat & Sohini Karran vs. Citizens Property Insurance Corp | Depo | Hernando County |
| 230 | 6/20/13 | Daniel Gleason vs. Citizens Property Insurance Corporation | Depo | Hernando County |
| 231 | 6/20/13 | Stanley Barabas vs. Omega Insurance Company | Depo | Hillsborough County |
| 232 | 6/27/13 | Martin & Nancy Salzbach vs. Hartford Insurance Company | Depo | Middle District of FL |
| 233 | 6/27/13 | Alan & Deidre Hays vs. Liberty Mutual Fire Insurance Company | Depo | Middle District of FL |
| 234 | 7/2/13 | Nelson Pedrozo vs. Tower Hill Signature Insurance Company | Depo | Hillsborough County |
| 235 | 7/2/13 | Dorothy Gianelli vs. Florida Insurance Guaranty Association | Depo | Hernando County |
| 236 | 7/8/13 | German Alvarez & Luz Marroquin vs. Citizens Property Insurance | Trial | Hillsborough County |
| 237 | 7/11/13 | Timothy & Leticia Hale vs. United Services Automobile Association | Trial | Polk County |
| 238 | 7/15/13 | Walter Bono vs. Citizens Property Insurance Corporation | Trial | Pinellas County |
| 239 | 7/25/13 | Ileana Boza vs. Hillcrest Insurance Company | Depo | Hillsborough County |
| 240 | 7/30/13 | Bernita Harrington vs. Florida Peninsula Insurance Company | Depo | Pinellas County |
| 241 | 8/6/13 | Ernesto Ferrer & Iraida Dominguez vs. Tower Hill Prime Insurance Co | Depo | Hillsborough County |
| 242 | 8/13/13 | Borrego-Iglesias vs. Homeowners Choice Property & Casualty Ins | Depo | Hillsborough County |
| 243 | 8/13/13 | Rafael Perez vs. Federated National Insurance Company | Depo | Hillsborough County |
| 244 | 8/15/13 | Susan Loper vs. Hartfdord Insurance Co of the Midwest | Depo | Middle District of FL |
| 245 | 8/16/13 | Daivd & Doriane Gonzalez vs. Tower Hill Prime Insurance Co | Depo | Lake County |
| 246 | 8/27/13 | Robert England vs. State Farm Florida Insurance Company | Depo | Hernando County |
| 247 | 8/27/13 | Brett Waggoner vs. Florida Insurance Guaranty Association Inc. | Depo | Hernando County |
| 248 | 8/29/13 | Rosalyn Roker vs. Tower Hill Preferred Insurance Compaany | Depo | Pasco County |
| 249 | 8/29/13 | Michael Schlueter vs. Tower Hill Select Insurance Company | Depo | Orange County |
| 250 | 9/5/13 | Dominic & Susan Mesi vs. First Liberty Insurance Corporation | Depo | S. District of FL |
| 251 | 9/10/13 | Teresita Martin vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 252 | 9/12/13 | Alfredo Valdes vs. State Farm Florida Insurance Company | Depo | Hillsborough County |
| 253 | 9/24/13 | Evelio Campos vs. Citizens Property Insurance Corporation | Trial | Hillsborough County |
| 254 | 9/24/13 | Daniel & Clyndon Blaha vs. Citizens Property Insurance Corporation | Trial | Pasco County |
| 255 | 9/26/13 | George & Glenethel Collins vs. Liberty Mutual Insurance Company | Depo | Middle District of FL |
| 256 | 9/26/13 | Michael & Sandra Fagan vs. Omega Insurance Company | Depo | Hernando County |
| 257 | 10/1/13 | Jose Andino vs. Citizens Property Insurance Corporation | Depo | Pasco County |
| 258 | 10/3/13 | Jeffrey Staples vs. State Farm Florida Insurance Company | Depo | Hillsborough County |
| 259 | 10/3/13 | Emridge Streeter vs. Florida Peninsula Insurance Company | Depo | Hillsborough County |
| 260 | 10/22/13 | Christopher & Patricia Murphy vs. Tower Hill Select Insurance Co | Trial | Citrus County |
| 261 | 10/31/13 | Ramon & Iris Figueroa vs. State Farm Florida Insurance Company | Depo | Marion County |
| 262 | 11/7/13 | Robert & Tammy Wooten vs. Tower Hill Prime Insurance Company | Depo | Hillsborough County |
| 263 | 11/7/13 | Fidel Leal & Estela Ledesma vs. Tower Hill Prime Insurance Co | Depo | Hillsborough County |
| 264 | 11/12/13 | Tood & Cindy Mastos vs. American Mercury Insurance Company | Depo | Pinellas County |
| 265 | 11/12/13 | Toni Hudson vs. State Farm Florida Insurance Company | Depo | Hillsborough County |
| 266 | 11/14/13 | Octavio Leon vs. First Liberty Insurance Corporation | Depo | Middle District of FL |
| 267 | 11/19/13 | Jerez Oney & Osela Oliva vs. Citizens Property Insurance Corp | Trial | Hillsborough County |
| 268 | 11/27/13 | Theresa Bednarz vs. Castle Key Indemnity Company | Depo | Middle District of FL |

| | | | | |
|---|---|---|---|---|
| 269 | 12/4/13 | Toni Hudson vs. State Farm Florida Insurance Company | Trial | Hillsborough County |
| 270 | 12/5/13 | John Bruggeman vs. Liberty Mutual Fire Insurance Company | Depo | Pinellas County |
| 271 | 12/17/13 | Betsaida Lucca vs. Cooperativa de Seguros Multiples de Puerto Rico | Depo | Hernando County |
| 272 | 12/17/13 | Robert Walton vs. State Farm Florida Insurance Company | Depo | Hernando County |
| 273 | 12/19/13 | Yerisley Lopez-Reyes vs. Scottsdale Insurance Company | Depo | Middle District of FL |
| 274 | 1/9/14 | Arian & Dayana Gambe vs. Tower Hill Signature Insurance Company | Depo | Hillsborough County |
| 275 | 1/9/14 | Joseph & Nancy Sottile vs. Hillcrest Insurance Company | Depo | Pasco County |
| 276 | 1/14/14 | Andrew & Connie Drost vs. State Farm Florida Insurance Company | Depo | Hernando County |
| 277 | 1/14/14 | Aldo Morales & Lazara Falcon vs. Florida Peninsula Insurance Co | Depo | Hillsborough County |
| 278 | 1/14/14 | Ramon & Alba Garcia vs. Citizens Property Insurance Corporation | Depo | Hernando County |
| 279 | 1/16/14 | Ricardo & Yanet Ayala vs. State Farm Florida Insurance Company | Depo | Hillsborough County |
| 280 | 1/21/14 | Richard Clohisy vs. First Liberty Insurance Corporation | Depo | Middle District of FL |
| 281 | 1/22/14 | Reginald & Natonia Johnson vs. Citizens Property Insurance Co | Trial | Pasco County |
| 282 | 1/23/14 | RBK International Marketing vs. Certain Underwriters at Lloyds | Depo | Citrus County |
| 283 | 2/4/14 | Eugene & Laura Wright vs. Citizens Property Insurance Corporation | Trial | Hernando County |
| 284 | 2/13/14 | Ryan Fullerton vs. Royal Palm Insurance Company | Depo | Charlotte County |
| 285 | 2/19/14 | Alexis Llamosa vs. Citizens Property Insurance Corporation | Trial | Hillsborough County |
| 286 | 2/25/14 | Josephine Piniella vs. Tower Hill Signature Insurance Company | Depo | Hillsborough County |
| 287 | 3/18/14 | Angel Serralles vs. Universal Property Casualty Insurance Company | Depo | Hillsborough County |
| 288 | 3/18/14 | James & Natalie Marks vs. First Community Insurance Company | Depo | Seminole County |
| 289 | 3/25/14 | Oscar & Edelmira Fernandez vs. Tower Hill Prime Insurance Co | Depo | Hillsborough County |
| 290 | 3/27/14 | Rufino & Alina Yanes vs. Florida Peninsula Insurance Company | Depo | Hillsborough County |
| 291 | 4/8/14 | Migdalia Cabrera & Pedro Garcia vs. Citizens Property Ins. Corp | Trial | Hillsborough County |
| 292 | 4/10/14 | Laura Leo vs. State Farm Florida Insurance Company | Depo | Hernando County |
| 293 | 4/10/14 | Ahmad & Nilfor Popal vs. Castle Key Indemnity Company | Depo | Hillsborough County |
| 294 | 4/17/14 | Carlos & Diane Negron vs. First Protective Insurance Company | Depo | Pinellas County |
| 295 | 4/17/14 | Jose Carrio vs. Florida Peninsula Insurance Company | Depo | Hillsborough County |
| 296 | 4/22/14 | Ryan & Allison Fullerton vs. Royal Palm Insurance Company | Trial | Charlotte County |
| 297 | 4/24/14 | Thomas Marshall vs. Florida Farm Bureau Casualty Insurance | Depo | Hernando County |
| 298 | 4/24/14 | David Sanders vs. State Farm Florida Insurance Company | Depo | Pasco County |
| 299 | 5/1/14 | Thomas & Maria Mahoney vs. State Farm Florida Insurance Co | Depo | Hernando County |
| 300 | 5/6/14 | Pedro Bruzon-Hidalgo vs. Florida Peninsula Insurance Company | Trial | Hillsborough County |
| 301 | 5/8/14 | Scott & Rebecca Mroczkowski vs. State Farm Florida Insurance Co | Depo | Hillsborough County |
| 302 | 5/15/14 | Karol Sistrunk vs. Florida Insurance Guaranty Association | Depo | Hillsborough County |
| 303 | 5/20/14 | Ricardo & Cynthia Castillo vs. United Property & Casualty | Depo | Hillsborough County |
| 304 | 5/22/14 | Juan Carlos Cruz vs. Florida Insurance Guaranty Association | Depo | Hillsborough County |
| 305 | 5/27/14 | Joseph & Theodora Wappman vs. Florida Farm Bureau Casualty | Depo | Hernando County |
| 306 | 6/10/14 | Richard & Elaine Boothby vs. Royal Palm Insurance Company | Depo | Hernando County |
| 307 | 6/12/14 | Miguel & Gina Feliciano vs. Florida Peninsula Insurance Company | Depo | Hillsborough County |
| 308 | 6/17/14 | Amat-Leon vs. Citizens Property Insurance Corporation | Trial | Hillsborough County |
| 309 | 6/18/14 | Lino $ Sue Tata vs.Amerian Mercury Insurance Company | Depo | Pasco County |
| 310 | 6/19/14 | Luis Ruiz vs. State Farm Florida Insurance Company | Depo | Hillsborough County |
| 311 | 7/1/14 | Rose Chapman vs Tower Hill Signature Insurance Company | Depo | Pasco County |
| 312 | 7/2/14 | Carolyn Barber vs Homeowners Choice Property & Casualty Ins Co | Depo | Hillsborough County |
| 313 | 7/25/14 | Kenneth & Margaret Forbes vs. Tower Hill Prime Insurance | Depo | Polk County |
| 314 | 7/29/14 | Mathew Brecher vs. Florida Peninsula Insurance Company | Depo | Pinellas County |
| 315 | 7/8/14 | Richard & Cynthia Castillo vs. United Property and Casualty Insurance | Trial | Hillsborough County |
| 316 | 8/5/14 | Nancy Margrey vs. Florida Insurance Guaranty Association, Inc. | Depo | Hillsborough County |
| 317 | 8/5/14 | John Vitola vs. Edison Insurance Company | Depo | Hernando County |
| 318 | 8/6/14 | Kenneth & Margaret Forbes vs. Tower Hill Prime Insurance | Trial | Polk County |
| 319 | 8/7/14 | Espinosa-Oliva vs. Citizens Property Insurance | Depo | Hillsborough County |
| 320 | 8/12/14 | Cuellar, Rogelio vs. Federated National Insurace Company | Depo | Hillsborough County |
| 321 | 8/12/14 | Perez, Leslye vs. Tower Hill Select Insurance Company | Depo | Dade County |
| 322 | 8/19/14 | Baumann, Fritz & Anne vs. Tower Hill Preferred Insurance Company | Depo | Hernando County |
| 323 | 8/21/14 | Jaycox, Dale and Karen vs. Citizens Property Insurance | Depo | Pasco County |

| # | Date | Case | Type | Location |
|---|---|---|---|---|
| 324 | 8/26/14 | Gardner, Henry & Erica vs. State Farm Forida Insurance Company | Depo | Pasco County |
| 325 | 9/8/14 | Hibbard, Richard & Brooke vs. Country Mutual Insurance Company | Depo | Marion County |
| 326 | 9/11/14 | Condry, Victoria vs. Universal Insurance Company of North America | Depo | Marion County |
| 327 | 9/11/14 | Perez, Karen vs. Tower Hill Signature Insurance Company | Depo | Marion County |
| 328 | 9/18/14 | Cole, Joseph & Spell, Diane vs. State Farm Insurance Company | Depo | Hillsborough County |
| 329 | 10/2/14 | William & Darlene Muchler vs. State Farm Insurance Company | Depo | Hernando County |
| 330 | 10/7/14 | Augusto Morales vs. Balboa Insuarce Company | Depo | Middle District of FL |
| 331 | 10/7/14 | Barbara Lesniak vs Liberty Mutual Fire Insurance Company | Depo | Hernando County |
| 332 | 10/9/14 | Ricardo & Claudia Vallejos vs. Florida Insurance Guaranty Association | Depo | Marion County |
| 333 | 10/14/14 | Belden Hoskins vs. Foremost Insurance Company | Depo | Middle District of FL |
| 334 | 10/16/14 | Echevarria, John & Susan vs. Tower Hill Signature | Depo | Pasco County |
| 335 | 10/21/14 | Satish & Usha Khurana vs. Tower Hill Prime Insurance Company | Depo | Hillsborough County |
| 336 | 11/4/14 | Diego Ospina vs. Balboa Insurance Company | Depo | Middle District of FL |
| 337 | 11/13/14 | Voegelin vs. Tower Hill Insurance Company | Depo | Hernando County |
| 338 | 11/18/14 | Keith vs. State Farm Florida Insurance Company | Depo | Hillsborough County |
| 339 | 11/19/14 | Marc & Stacy Urban vs. Tower Hill Preferred Insurance Co. | Trial | Hernando County |
| 340 | 11/20/14 | Jeffrey & Cynthia McKallip s. Florida Insurance Guaranty Association | Depo | Pasco County |
| 341 | 11/20/14 | Fernandez-Manreza vs. Florida Insurance Guaranty Association | Depo | Hillsborough County |
| 342 | 12/9/14 | Wanda Vazquez vs. Florida Insurance Guaranty Association | Depo | Pasco County |
| 343 | 12/16/14 | Mildred Collazo vs. Hartford Insurance Company of the Midwest | Depo | Middle District of FL |
| 344 | 12/16/14 | Nell Keyes vs. Hartford Insurance Company of the Midwest | Depo | Middle District of FL |
| 345 | 12/18/14 | Ernesto Fundora vs. Florida Insurance Guaranty Association | Depo | Hillsborough County |
| 346 | 1/6/15 | Michael Evans vs. State Farm Florida Insurance Company | Depo | Hillsborough County |
| 347 | 1/6/15 | Adalberto & Lisa Vigil vs. Tower Hill Prime Insurance Company | Depo | Levy County |
| 348 | 1/6/15 | Jorge Estiu & Ana Maria Batista vs. Florida Peninsula Insurance Company | Depo | Hillsborough County |
| 349 | 1/13/15 | Russel & Karen Weiner vs. Tower Hill Signature Insurance Company | Depo | Hernando County |
| 350 | 1/20/15 | Miguel & Leticia Matos vs Florida Family Insurance Company | Depo | Marion County |
| 351 | 1/27/15 | Rasmussen, Warren & Michelle vs. Tower Hill Prime Insurance Company | Depo | Hillsborough County |
| 352 | 1/27/15 | Luis & Barbara Ramirez vs. Florida Insurance Guaranty Company | Depo | Marion County |
| 353 | 1/27/15 | Maria Perez & Juan Jimenez vs. Cooperativa De Seguros Multiples De Puerto Rico, Inc. | Depo | Hillsborough County |
| 354 | 2/3/15 | Liebling, Arthur & Heather vs. Florida Peninsula Insurance Company | Depo | Pinellas County |
| 355 | 2/12/15 | Michael & Kelly Hauschen vs. State Farm Florida Insurance Company | Depo | Pasco County |
| 356 | 2/12/15 | Hamrock, Robert vs. Homeowners Choice Property & Casualty Insurance Company | Depo | Pinellas County |
| 357 | 2/17/15 | Boothby, Richard & Elaine vs. Royal Palm Insurance Company | Depo | Hernando County |
| 358 | 3/5/15 | Echevarria, Erika vs. Tower Hill Prime Insurance Company | Depo | Pasco County |
| 359 | 3/10/15 | Crosby, Deborah vs. Auto-Owners Insurance Company | Depo | Polk County |
| 360 | 3/17/15 | Samuel Ramos vs. Castle Key Insurance Company | Depo | Marion County |
| 365 | 3/24/15 | Gilberto Perez & Yanet Banos vs. Florida Peninsula Insurance Company | Depo | Hillsborough County |
| 366 | 4/2/15 | Wiilliam & Patricia Coogan vs. Hartford Insurance Company of the Midwest | Depo | Middle District of FL |
| 367 | 4/21/15 | Anthony & Patricia Lobello vs. State Farm Florida Insurance Company | Depo | Pasco County |
| 368 | 4/22/15 | Boothby, Richard & Elaine vs. Royal Palm Insurance Company | Trial | Hernando County |
| 369 | 5/12/15 | Maldonado, Juan vs. Cooperativa De Seguros Multiples De Puerto Rico, Inc. | Depo | Middle District of FL |
| 370 | 5/27/15 | Acosta, Lorena & Danel vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 371 | 7/14/15 | William Britland vs Tower Hill Preferred Insurance Company | Depo | Citrus County |
| 372 | 7/15/15 | Leal-Ledesma vs. Tower Hill Insurance Company | Trial | Hillsborough County |
| 373 | 7/21/15 | Dorthy Gianelli vs. Florida Insurance Guaranty Association | Depo | Hernando County |
| 374 | 7/21/15 | Chirag & Kalpana Patel vs. Florida Peninsula Insurance Company | Depo | Pinellas County |
| 375 | 7/28/15 | George & Aloha Rosario vs. Tower Hill Select Insurance Company | Depo | Lake County |
| 376 | 7/29/15 | Diaz-Proctor vs. Citizens Property Insurance Corporation | Trial | Hernando County |
| 377 | 8/25/15 | Andrew & Joyce Koonz vs Universal Insurance Company of North Amercia | Depo | Marion County |
| 378 | 8/25/15 | Juan Jaramillo & Regina Rodriguez vs Florida Insruace Guaranty Association, Inc. | Depo | Marion County |
| 379 | 9/15/15 | Mario Bautista-Diaz & Anibexy Miranda vs Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 380 | 10/6/15 | Jospeh Gerhardt vs Hartford Casualty Insurance Company | Depo | Middle District of FL |
| 381 | 10/8/15 | Christopher and Megan Foppiani vs Tower Hill Insurance Company | Depo | Seminole County |
| 382 | 10/13/15 | Cesar & Mariana Portales vs. State Farm Insurance Company | Depo | Hillsborough County |

| # | Date | Case | Type | Venue |
|---|---|---|---|---|
| 383 | 10/27/15 | Vidalina Lorenzo vs State Farm Insurance Company | Depo | Hillsborough County |
| 384 | 10/27/15 | Jose Hernandez De La Cruz & Maritza Llanes vs Homeowners Choice Property & Casualty Insurance Company | Depo | Sarasota County |
| 385 | 10/30/15 | Rifai Properties vs. United National Insurance Company and FFR Global, Inc. | Depo | Middle District of Florida |
| 386 | 11/10/15 | Jose & Migdalia Gonzalez vs Florida Insurance Guaranty Association | Depo | Volusia County |
| 387 | 11/17/15 | Manuel Fleitas vs. Citizens Property Insurance Corporation | Trial | Hillsborough County |
| 388 | 11/19/15 | Mark Mason vs Security First Insurance Company | Depo | Orange County |
| 389 | 12/1/15 | Heather Tocco vs Citizens Property Insurance Corporation | Depo | Pasco County |
| 390 | 12/1/15 | Mary Curci-Bailey vs Tower Hill Preferred Insurance Company | Depo | Hillsborough County |
| 391 | 12/1/15 | Jonny Hernandez & Susan Comacho vs Tower Hill Prime Insurance Company | Depo | Marion County |
| 392 | 12/8/15 | Marion Ellingsen vs Hartford Insurance Company of the Midwest | Depo | Middle District of Florida |
| 393 | 12/8/15 | Doris & Willie Wilson vs Florida Peninsula Insurance Company | Depo | Hillsborough County |
| 394 | 12/15/15 | Jose & Migdalia Gonzalez vs Florida Insurance Guaranty Association | Trial | Volusia County |
| 395 | 1/5/16 | Echavairra, Eddy & Nuris vs First Community Insurance Company | Depo | Osceola County |
| 396 | 1/12/16 | Tokach vs. Citizens Property Insurance Corporation | Trial | Pasco County |
| 397 | 1/21/16 | Laurant, Enel vs Federated National Insurance Company | Depo | Lee County |
| 398 | 1/21/16 | Ayala, Adelaida vs Federated National Insurance Company | Depo | Marion County |
| 399 | 1/26/16 | Rifai Properties LLC vs. Certain Underwriters at Lloyd's, London Subscribing to Certificate Number AS25013FLP00608, and FFR Global Inc. | Depo | Middle District of Florida |
| 400 | 2/2/16 | Gladys Ramirez vs. State Farm Florida Insurance Company | Depo | Osceola County |
| 401 | 2/9/16 | Johnder Collado-Pupo vs. Citizens Property Insurance Corporation | Trial | Hillsborough County |
| 402 | 2/23/16 | Marks, James & Natalie vs. First Community Insurance Company | Trial | Seminole County |
| 403 | 3/3/16 | Mavis Carballo vs Avatar Property and Casualty Insurance Company | Depo | Hillsborough County |
| 404 | 3/10/16 | Ruiz, Danielle & Carlos vs. Florida Peninsula Insurance Company | Depo | Pinellas County |
| 405 | 3/15/16 | Kitchens, Robert vs Hartford Insurance Company of the Midwest | Depo | Middle District of Florida |
| 406 | 3/17/16 | Roland Rios and Angelica Garcia vs. Florida Insurance Guaranty Association | Depo | Hillsborough County |
| 407 | 3/31/16 | Morales, Francisco vs Tower Hill Prime Insurance Company | Depo | Dade County |
| 408 | 3/31/16 | Foppiani vs. Tower Hill Select Insurance Company | Depo | Seminole County |
| 409 | 2/12/16 | Rubin, David & Ella vs Hartford Insurance Company of the Midwest | Depo | Middle District of Florida |
| 410 | 4/21/16 | Hines, Debra vs Homeowners Choice Property & Casualty Insurance Company Inc | Depo | Broward County |
| 411 | 5/5/16 | Dunn, Douglas vs Citizens Property Insurance Corporation | Depo | Hernando County |
| 412 | 5/12/16 | Valverde, Magda vs Florida Insurance Guaranty Association | Depo | Hillsborough County |
| 413 | 5/26/16 | Gonzalez-Rivera vs Universal Insurance Company of North America | Depo | Marion County |
| 414 | 6/8/16 | Stafford, Jackie & Melody vs The Ryland Group, Inc. | Arbitration | Seminole County |
| 415 | 6/29/16 | San Rocco Investment Corporation vs Scottsdale Insurance Company | Depo | Southern District of Florida |
| 416 | 7/27/16 | Fenner, Hillary vs. Williamsburg Homeowners Association Inc., A Condominium Owners Association | Depo | Polk County |
| 417 | 8/11/16 | Hedtler, Lorinda vs. Heritage Property and Casualty Insurance Company | Depo | Palm Beach County |
| 418 | 8/11/16 | Ortiz, Adolfina vs. Florida Insurance Guaranty Association | Depo | Orange County |
| 419 | 8/11/16 | Rees, Johnathan & Jennifer vs. Florida Peninsula Insurance Company | Depo | Hillsborough County |
| 420 | 8/16/16 | Fenner, Hillary vs. Williamsburg Homeowners Association Inc., A Condominium Owners Association | Trial | Polk County |
| 421 | 8/18/16 | Cadavid, Ana vs Federated National Insurance Company | Depo | Hillsborough County |
| 422 | 8/18/16 | McKercher, Darwin vs Federated National Insurance Company | Depo | Hillsborough County |
| 423 | 8/18/16 | Dentico, Enzo vs Universal Property & Casualty Insurance Company | Depo | Palm Beach County |
| 424 | 8/22/16 | Drywizard Drywall Services Inc vs. Brad & Rebecca Croydon | Trial | Pinellas County |
| 425 | 8/25/16 | Benitez, Sandra vs State farm Florida Insurance Company | Depo | Volusia County |
| 426 | 9/22/16 | Feyerabend, Catherine vs. American Integrity Insurance Company | Depo | Pinellas County |
| 427 | 9/22/16 | Barreto, Miguel & Haydee vs Federated National Insurance Company | Depo | Hillsborough County |
| 428 | 10/6/16 | Robles, Rosemary vs Florida Family Insurance Company | Depo | Marion County |
| 429 | 10/13/16 | Aponte, Eddie vs Citzens Property Insurance Corporation | Depo | Hillsborough County |
| 430 | 10/17/16 | Dieubon, Pierre & Sherely vs. Florida Insurance Guaranty Association | Trial | Marion County |
| 431 | 10/20/16 | Nisenbaum, Mark vs Homeowners Choice Property and Casualty Insurance Company, Inc. | Depo | Pinellas County |
| 432 | 10/27/16 | Vega, Alberto vs Mapfre Insurance Company of Florida | Depo | Hillsborough County |
| 433 | 10/27/16 | Timber Pines vs Kinsale Insurance Company | Depo | Middle District of Florida |
| 434 | 10/27/16 | Guzman, Isabel vs Florida Insurance Guaranty Association | Depo | Hillsborough County |
| 435 | 11/3/16 | Vehse, Goetz vs Liberty Mutual Fire Insurance Company | Depo | Middle District of Florida |
| 436 | 11/8/16 | Daskalopoulos, Michael & Nicole vs Citizens Property Isurance Corporation | Trial | Hillsborough County |
| 437 | 1/4/17 | El Faro Assembly of God Inc. vs American States Insurance Company | Depo | Middle District of Florida |

| | | | | |
|---|---|---|---|---|
| 438 | 2/13/17 | Jerome, Matthew & Christy vs Citizens Property Insurance Company | Trial | Pinellas County |
| 439 | 3/2/17 | Reyes, Yanicet vs. Florida Insurance Guaranty Association | Depo | Hillsborough County |
| 440 | 3/7/17 | Forman, Stephen & Beverly vs Heritage Property & Casualty Insurance Company | Depo | Sarasota County |
| 441 | 3/15/47 | Jimenez-Simoneau vs. Citizens Property & Casualty Insurance Corporation | Trial | Hillsborough County |
| 442 | 3/23/17 | Arroyo, Ramon & Delia vs State Farm Florida Insurance Company | Depo | Marion County |
| 443 | 3/29/17 | Elsa LaMadrid vs Citizens Property Insurance Corporation | Trial | Pasco County |
| 444 | 4/3/17 | Crespo, Pedro & Elcira vs. LRE Ground Services Inc. and Rimkus Consulting Group Inc | Depo | Hillsborough County |
| 445 | 4/6/17 | Machural, Owen vs. Florida Insurance Guaranty Association | Depo | Hillsborough County |
| 446 | 4/17/17 | Fields, Suzzane vs. State Farm Florida Insurance Company | Depo | Flagler County |
| 447 | 4/20/17 | Mercado, Javier & Eileen vs. Standard Pacific of Tampa GP, INC. | Depo | Pasco County |
| 448 | 4/20/17 | Mojica, Jose & Maribel vs Florida Family Insurane Company | Depo | Marion County |
| 449 | 5/4/17 | Diaz-Gonzalez, Luis vs. Florida Peninsula Insurance Company | Depo | Hillsborough County |
| 450 | 5/18/17 | Schelfo, Rachel & Rickie vs. Homeowners Choice Property & Casualty Insurance Company Inc | Depo | Hillsborough County |
| 451 | 6/6/17 | Lahlou-Amine, Sarah & Abdesslam vs. KB Home Tampa LLC | Depo | Pasco County |
| 452 | 6/6/17 | Boyette, Janet vs. Universal Insurance Company of North America | Depo | Polk County |
| 453 | 8/1/17 | Falkouski, Rick vs Citizens Property Insurance Corporation | Depo | Pasco County |
| 454 | 8/2/17 | Pena, Esther & Lorenzo vs Citizens Property Insurance Corporation | Trial | Miami Dade County |
| 455 | 8/8/17 | Davis, Ameer & Trace vs Standard Pacific of Tampa GP, Inc. | Depo | Pasco County |
| 456 | 8/15/17 | Vissicchio, Joseph & Evelyn vs. Tower Hill Preferred Insurance Company | Depo | Citrus County |
| 457 | 8/24/17 | Piparo, Alrey & Evelyn vs State Farm Florida Insurance Company | Depo | Hernando County |
| 458 | 9/14/17 | Forman, Stephen & Beverly vs Heritage Property & Casualty Insurance Company | Trial | Sarasota County |
| 459 | 10/24/17 | Ellion, Marshall & Lillian vs Florida Peninsula Insurance Company | Depo | Pinellas County |
| 460 | 10/24/17 | Shotko, Victor & Diana vs. Homeowners Choice Property & Casualty Insurance Company | Depo | Seminole County |
| 461 | 11/7/17 | Shannon, Anthony & Lisa vs Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 462 | 12/5/17 | Giron, Cesar & Jennifer vs Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 463 | 12/20/17 | Makris, Jimmy & Carol vs Citizens Property Insurance Corporation | Depo | Pasco County |
| 464 | 12/20/17 | Barberan, Aris vs Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 465 | 1/9/18 | Beverly, Roberts vs Universal Insurance Company of North America | Depo | Marion County |
| 466 | 1/9/18 | Rovira, Nestor & Ildelisa vs Federated National Insurance Company | Depo | Hillsborough County |
| 467 | 1/16/18 | Maynard-Payne, Ann vs. Tower Hill Preferred Insurance Company | Depo | Hillsborough County |
| 468 | 1/16/18 | Parks, Gary & Pamela vs. Citizens Property Insurance Corporation | Depo | Pasco County |
| 469 | 1/23/18 | Gordon, Florence vs Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 470 | 2/7/18 | John & Cynthia Zappone vs. Citizens Property Insurance Corporation | Trial | Hernando County |
| 471 | 2/20/18 | John & Sherly Kinsler vs Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 472 | 2/20/18 | Raimundo Navarro Valdes and Yaqueline Sanz vs Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 473 | 3/13/18 | Henry Martinez vs State Farm Florida Insurance Company | Depo | Pasco County |
| 474 | 3/20/18 | David Moreno vs Citizens Property Insurance Corporation | Trial | Hernando County |
| 475 | 3/21/18 | Fajardo, Paula vs Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 476 | 4/9/18 | Rekar, Bryan vs. Standard Pacific of Tampa GP, Inc. | Depo | Pasco County |
| 477 | 4/17/18 | Reyes, Carlos vs Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 478 | 6/12/18 | Paul, Fritz & Louinise vs. Universal Property & Casualty Insurance Company | Depo | Polk County |
| 479 | 6/18/18 | D'Prado Lenny, vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 480 | 7/24/18 | Cuellar, Amada vs. State Farm Florida Insurance Company | Depo | Hillsborough County |
| 481 | 7/31/18 | Jackson, Sylvia vs Universal Property & Casualty Insurance | Depo | Marion County |
| 482 | 8/16/18 | Alley, Linda & Raymond vs Universal Property & Casualty Insurance Company | Depo | Hillsborough County |
| 483 | 8/23/18 | Cooper, Robert & Daisy vs Citizens Property Insurance Corporation | Depo | Hernando County |
| 484 | 9/18/18 | Izquierdo, Emilio & Norma vs Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 485 | 10/15/18 | Cassidy, Richard & Lee vs Citizens Property Insurance Corporation | Depo | Pinellas County |
| 486 | 10/30/18 | Bahama Bay II Condominium Association Inc. vs United National Insurance Company | Depo | Middle District of Orlando |
| 487 | 11/13/18 | Peters, Randy & Rita vs Citizens Property Insurance Corporation | Depo | Pinellas County |
| 488 | 11/15/18 | Hall, Kim & Will vs Fairgreen Homeowners Pool Association Inc | Depo | Volusia County |
| 489 | 11/27/18 | Tamburini, Norma vs. Citizens Property Insurance Corporation | Depo | Hernando County |
| 490 | 11/27/18 | Chhatwal, Singh & Amrita vs Universal Property Casualty Insurance Company | Depo | Brevard County |
| 491 | 12/4/18 | Rodriguez, Jose vs Geovera Specialty Insurance Company | Depo | Hillsborough County |
| 492 | 12/5/18 | Hall, Kim & Will vs Fairgreen Homeowners Pool Association Inc | Trial | Volusia County |
| 493 | 1/8/19 | Lake Ridge Villas North at Fleming Island Plantation Condominium Association, Inc. vs. Empire Indemnity Insurance Company | Depo | Middle District of Jacksonville |
| 494 | 1/8/19 | Molina, Isomar vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |

Testimony Experience-Dennis James.xls

Centre Hill Courts  001508

| # | Date | Case | Type | Location |
|---|------|------|------|----------|
| 495 | 1/15/19 | Juan Castro & Myriam Lopez vs Homeowners Choice Property & Casualty Insurance Company | Depo | Pinellas County |
| 496 | 2/12/19 | Tamayo-Jorge vs Universal Property & Casualty Insurance Company | Depo | Polk County |
| 497 | 2/20/19 | Aguilar, Elsy & Adelmo vs Universal Property Casualty Insurance Company | Depo | Marion County |
| 498 | 2/21/19 | Hernandez, Juan & Carolina vs Avatar Property and Casualty Insurance Company | Depo | Pinellas County |
| 499 | 2/26/19 | McKathan Farm vs Great American Insurance Company | Depo | Middle District of Ocala |
| 500 | 2/26/19 | Rick Falkouski vs Citizens Property Insurance Corporation | Trial | Pasco County |
| 501 | 2/28/19 | Jimenez, Deisy vs Universal Property Casualty Insurance Company | Depo | Hillsborough County |
| 502 | 3/12/19 | Harris, Vincent & Charmaine vs Universal Property & Casualty Insurance Company | Depo | Marion County |
| 503 | 3/19/19 | Gonzalez-Perdomo vs Homewise Preferred Insurance Company | Trial | Hillsborough County |
| 504 | 3/27/19 | Mario Bautista-Diaz & Anibexy Miranda vs. Citizens Property Insurance Corporation | Trial | Hillsborough County |
| 505 | 4/9/19 | Williamson, Robert vs National Specialty Insurance Company | Depo | Monroe County |
| 506 | 4/11/19 | Acevedo, Magaly vs Universal Property & Casualty Insurance Company | Depo | Orange County |
| 507 | 4/16/19 | Huey, Charles & Kim vs Citizens Property Insurance Corporation | Depo | Pasco County |
| 508 | 4/23/19 | Banks, Nedra vs Citizens Property Insurance Corporation | Depo | Hernando County |
| 509 | 4/30/19 | Hensler, Lisa vs Universal Property & Casualty Insurance Company | Depo | Brevard County |
| 510 | 5/14/19 | Salomon, Edison & Victoire vs. Edison Insurance Company | Depo | Charlotte County |
| 511 | 5/14/19 | Dubuc, Donald vs. People's Trust Insurance Company | Depo | Marion County |
| 512 | 6/11/19 | Quiterio, Maribel vs QBE Specialty Insurance Company | Depo | Middle District of Florida |
| 513 | 6/11/19 | Ortiz, Joseph & Dania vs Citizens Property Insurance Corporation | Depo | Pinellas County |
| 514 | 6/18/19 | Kelley, Scott & Jill vs Wright National Flood Insurance Company | Depo | Middle District of Florida |
| 515 | 7/16/19 | Sarchi, Fernando vs Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 516 | 7/23/19 | Silverio, Eumelio vs. Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 517 | 8/20/19 | Nadzeika vs Citizens Property Insurance Corporation | Depo | Pasco County |
| 518 | 8/20/19 | Gonzalez-Toranzo vs Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 519 | 8/22/19 | Errol Grant vs Citizens Property Insurance Corporation | Depo | Hernando County |
| 520 | 8/27/19 | Marie Louis vs Citizens Property Insurance Corporation | Depo | Hillsborough County |
| 521 | 9/3/19 | Nellis, James & Patricia vs Citizens Property Insurance Corporation | Depo | Hernando County |
| 522 | 9/5/19 | Piergallini, Phillip & Cynthia vs Citizens Property Insurance Corporation | Depo | Hernando County |
| 523 | 9/10/19 | Amaran, Maydelin vs Avatar Property and Casualty Insurance Company | Depo | Hillsborough County |



# 2019 FEE SCHEDULE

| | |
|---|---|
| **Property loss estimates** | $850.00 |
| **Property loss estimates (small losses)** | $550.00 |
| **Stucco Investigation & Cost Evaluation** | $1250.00 |
| -includes destructive testing to determine if installation is in compliance with FBC | |
| **Construction Defect Investigation & Cost Evaluation** | $1500.00 |
| -includes limited destructive testing depending on scope of work (windows, roofing, etc) | |
| **Property Loss Investigation & Cost Evaluation** | $1500.00 |
| -includes limited destructive testing depending on type of assignment (water, wind, roofing, etc) | |

The flat rate billing includes file setup, comprehensive site inspection and detailed report preparation with digital images. The flat rate is eligible for all residential properties under 4000SF (gross). This includes locations within Pinellas, Pasco, Hillsborough, Hernando, Polk & Manatee counties.

**Additional costs**

| | |
|---|---|
| Additional cost due to distance | $300.00 |
|     -includes additional 200miles outside of eligible counties | |
| Additional cost due to size | $250.00 |
|     -includes up to an additional 2500SF (gross) | |
| Additional site inspection | $450.00 |
| Additional cost for RUSH request (expedite within 48-72 hours) | $150.00 |
| Additional cost for roof aerial report | $75.00 |
| **Administrative support – Hourly Rate** | $35.00 |
| **Project estimator – Hourly Rate** | $150.00 |

Triad Construction & Management Services
www.AskTriad.com
2801 Alt 19 Dunedin Florida 34698  727.216.6350

Centre Hill Courts  001510



| | |
|---|---|
| **Skilled destructive testing labor – Hourly Rate** | $45.00 |
| **Skilled destructive testing labor (project manager) – Hourly Rate** | $65.00 |
| **Appraisal service fees – Hourly Rate** | $175.00 |
| **Appraisal service fees – Flat Rate (standard losses)** | $3500.00 |

**Expert Witness Testimony Fees**

| | |
|---|---|
| Administrative fee – litigation file set up fee | $125.00 |
| Expert Testimony – Hourly Rate | $300.00 |

Deposition testimony       -2 hour minimum charge
Trial testimony                 -4 hour minimum charge

| | |
|---|---|
| Travel time – Hourly Rate (outside of north Pinellas County) | $175.00 |
| Mileage | $   .58 |
| File copy expense | $125.00 |

The file copy expense includes time involved in collecting all records stored in both paper & electronic forms and on email servers. The file materials will all be transferred to an electronic file and submitted as a link to our server.