# Exhibit "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE No.: 9-19-CV-80111-BLOOM/Reinhart

CENTRE HILL COURTS
CONDOMINIUM ASSOCIATION, INC.

    Plaintiff,

vs.

ROCKHILL INSURANCE COMPANY,

    Defendant.
_____/

**PLAINTIFF'S RULE 26(A)(2) EXPERT DISCLOSURES**

Plaintiff, Centre Hill Courts Condominium Association, Inc. ("Plaintiff"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(a)(2) and this Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (Dkt. 17), discloses and designates the following individuals as experts to testify at trial:

**I.    Retained Experts**

- **Rocco Calaci**
  **LRC Services**
  **302 Vaughan St.**
  **Fort Walton Beach, FL 32548**

Mr. Calaci is a meteorologist retained by Plaintiff and is expected to provide expert testimony in the area of forensic meteorology. Mr. Calaci will testify regarding the weather conditions at the property on the reported date of loss, and during the relevant policy period. He will provide testimony regarding the opinions expressed within his report dated September 16,

2019, which contains a complete statement of his opinions and the basis and reasons for them, as well as the facts considered by Mr. Calaci in forming his opinions.

The further substance of Mr. Calaci's mental impressions and opinions, and the methodology for which they were derived may be further discovered through his deposition testimony. Mr. Calaci will also testify regarding any matters addressed or analyzed at his deposition, if taken, and to rebut any opinions offered by any other witness at trial.

**Qualifications/Basis for Opinions:** Refer to Mr. Calaci's curriculum vitae attached hereto.

**Publications last 10 years:** None. Refer to Mr. Calaci's curriculum vitae attached hereto.

**Trial/Deposition testimony last 4 years:** Please see Mr. Calaci's list of Trial/ Deposition testimony which is attached hereto.

**Compensation:** See Mr. Calaci's fee schedule contained within his CV, attached hereto.

- **Steven M. Thomas, CTS, CIT 4875**
  **Roof Leak Detection Company, Inc.**
  **7588 Oakboro Drive**
  **Lake Worth, FL 33467**

Mr. Thomas is a Certified Roof Inspector-Residential & Commercial retained by Plaintiff and is expected to provide his opinions regarding Hurricane Irma damages to the modified bitumen roofing system at the property and the appropriate repair methodology for those damages. He will provide testimony regarding the opinions expressed within his joint report authored with Irving Abcug, P.E., dated July 17, 2018, which contains a complete statement of his opinions and the basis and reasons for them, as well as the facts considered by Mr. Thomas in forming his opinions.

The further substance of Mr. Thomas's mental impressions and opinions, and the methodology for which they were derived may be further discovered through his deposition testimony. Mr. Thomas will also testify regarding any matters addressed or analyzed at his deposition, if taken, and to rebut any opinions offered by any other witness at trial.

**Qualifications/Basis for Opinions:**  Refer to Mr. Thomas's curriculum vitae attached hereto.

**Publications last 10 years:**  Refer to Mr. Thomas's curriculum vitae attached hereto.

**Trial/Deposition testimony last 4 years:** Please see Mr. Thomas's list of Trial/ Deposition testimony which is attached hereto.

**Compensation:** See Mr. Thomas's fee schedule, attached hereto.

- **Irving E. Abcug P.E.**
  **IA Engineering and Designs, Inc.**
  **8427 Siciliano Street**
  **Boynton Beach, Florida 33472**

Mr. Abcug is a licensed professional engineer retained by Plaintiff and is expected to provide testimony regarding Hurricane Irma damages to the modified bitumen roofing system at the property and the appropriate repair methodology for those damages. He will provide testimony regarding the opinions expressed within his joint report authored with Steven Thomas dated July 17, 2018, which contains a complete statement of his opinions and the basis and reasons for them, as well as the facts considered by Mr. Abcug in forming his opinions.

The further substance of Mr. Abcug's mental impressions and opinions, and the methodology for which they were derived may be further discovered through his deposition testimony.  Mr. Abcug will also testify regarding any matters addressed or analyzed at his deposition, if taken, and to rebut any opinions offered by any other witness at trial.

**Qualifications/Basis for Opinions:**  Refer to Mr. Abcug's curriculum vitae attached hereto.

**Publications last 10 years:** None. Refer to Mr. Abcug's curriculum vitae attached hereto.

**Trial/Deposition testimony last 4 years:** Please see Mr. Abcug's list of Trial/ Deposition testimony which is attached hereto.

**Compensation:** See Mr. Abcug's fee schedule, attached hereto.

- **Michael H. Biller, P.E., RRC**
  **Biller Reinhart Engineering Group, Inc.**
  **3434 Colwell Avenue, Suite 100**
  **Tampa, Florida 33614**

Mr. Biller is a licensed professional engineer retained by Plaintiff and is expected to provide expert testimony in the area of structural engineering. Mr. Biller is expected to testify regarding damages due to Hurricane Irma to Plaintiff's mansard roof structures, the recommended scope of work, and that Hurricane Irma caused the damages. He will provide testimony regarding the opinions expressed within his report dated September 20, 2019, which contains a complete statement of his opinions and the basis and reasons for them, as well as the facts considered by Mr. Biller in forming his opinions.

The further substance of Mr. Biller's mental impressions and opinions, and the methodology for which they were derived may be further discovered through his deposition testimony. Mr. Biller will also testify regarding any matters addressed or analyzed at his deposition, if taken, and to rebut any opinions offered by any other witness at trial.

**Qualifications/Basis for Opinions:** Refer to Mr. Biller's curriculum vitae attached hereto.

**Publications last 10 years:** None. Refer to Mr. Biller's curriculum vitae attached hereto.

**Trial/Deposition testimony last 4 years:** Please see Mr. Biller's list of Trial/ Deposition testimony which is attached hereto.

**Compensation:** See Mr. Biller's fee schedule, attached hereto.

- **Richard A. Roth**
  **Southern Restoration Services, LLC**
  **13506 Summerport Village Parkway # 117**
  **Windermere, Florida 34789**

Mr. Roth is a Florida State Certified Roofing Contractor and a Florida State Certified General Contractor retained by Plaintiff to prepare an estimate of the damages incurred to the Plaintiff's property as a result of the Hurricane Irma loss. He is expected to provide expert testimony regarding the damages to the insured property being claimed, including the cost of repairs for the flat roofs, the cost of replacement of the mansard siding, and the cost for mitigation and interior repair damages to Plaintiff's property as a result of Hurricane Irma. Mr. Roth prepared

an RCV (Replacement Cost Value) damage estimate dated September 20, 2019, for the Plaintiff's property, attached hereto, which contains a complete statement of his opinions and the basis and reasons for them, as well as the facts considered by Mr. Roth in forming his opinions.

The further substance of Mr. Roth's mental impressions and opinions, and the methodology for which they were derived may be further discovered through his deposition testimony. Mr. Roth will also testify regarding any matters addressed or analyzed at his deposition, if taken, and to rebut any opinions offered by any other witness at trial.

**Qualifications/Basis for Opinions:** Refer to Mr. Roth's curriculum vitae attached hereto.

**Publications last 10 years:** None.

**Trial/Deposition testimony last 4 years:** Please see Mr. Roth's list of Trial/ Deposition testimony which is attached hereto.

**Compensation:** See Mr. Roth's fee schedule, attached hereto.

- **Dennis W. James**
  **Triad Restoration Services**
  **2801 Alt 19**
  **Dunedin, Florida 34698**

Mr. James was retained by the Plaintiff to inspect the subject property and prepare an estimate of the damages incurred to the Plaintiff's property as a result of the Hurricane Irma loss. Mr. James is expected to testify as to the damages to the insured property being claimed that occurred due to the subject hurricane loss and the costs associated with repairing those damages to restore the property to its pre-loss condition. Mr. James prepared an ACV (Actual Cash Value) damage estimate dated September 23, 2019, for the Plaintiff's property, attached hereto, which contains a complete statement of his opinions and the basis and reasons for them, as well as the facts considered by Mr. James in forming his opinions.

The further substance of Mr. James's mental impressions and opinions, and the methodology for which they were derived may be further discovered through his deposition testimony. Mr. James will also testify regarding any matters addressed or analyzed at his deposition, if taken, and to rebut any opinions offered by any other witness at trial.

**Qualifications/Basis for Opinions**: Refer to Mr. James's curriculum vitae attached hereto.

**Publications last 10 years**: None.

**Trial/Deposition testimony last 4 years**: Please see Mr. James's list of Trial Deposition testimony which is attached hereto.

**Compensation**: See Mr. James' fee schedule, attached hereto.

## CROSS DESIGNATIONS

To the extent that Defendant's designations disclose qualified experts, Plaintiff hereby cross designates these individuals for purposes of calling them at trial. This should not be construed, however, as an admission that any individual and/or entity designated by Defendant is competent and/or qualified to provide expert testimony under the applicable Federal Rules of Civil Procedure and/or Rules of Evidence. Plaintiff expressly reserves the right to challenge any such designations as appropriate.

Plaintiff reserves the right to add or remove witnesses as necessary in the future as well as to supplement these disclosures (and any applicable reports) when new information and documentation becomes available.

Dated this 24th day of September 2019

        **MERLIN LAW GROUP, P.A.**

        */s/William F. Merlin, Jr.*
        **WILLIAM F. MERLIN, JR., ESQUIRE**
        Florida Bar Number: 364721
        **ERISELDA KUHN, ESQUIRE**
        Florida Bar Number: 1003031

              **SHANE S. SMITH, ESQUIRE**
              Florida Bar Number: 53130
              MERLIN LAW GROUP, P.A.
              777 S. Harbour Island Blvd., Suite 950
              Tampa, Florida 33602
              Telephone: (813) 229-1000
              Fax: (813) 229-3692
              Attorneys for Plaintiff
              wmerlin@merlinlawgroup.com
              ikuhn@merlinlawgroup.com
              ssmith@merlinlawgroup.com
              rbradley@merlinlawgroup.com

**CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that on this 24th day of September, 2019, a true and correct copy of the foregoing was furnished by E-mail to: Lauren D. Levy, Esq., lauren@levylawgroup.com; nikki@levylawgroup.com; lourdes@levylawgroup.com and Alex Goerss, Esq., alex@levylawgroup.com, Levy Law Group, 3399 Ponce De Leon Blvd., Suite 202, Coral Gables, Florida 33134.

              **MERLIN LAW GROUP, P.A.**

              */s/ William F. Merlin, Jr.*
              **WILLIAM F. MERLIN, JR., ESQUIRE**
              Florida Bar Number: 364721
              **ERISELDA KUHN, ESQUIRE**
              Florida Bar Number: 1003031
              **SHANE S. SMITH, ESQUIRE**
              Florida Bar Number: 53130
              MERLIN LAW GROUP, P.A.
              777 S. Harbour Island Blvd., Suite 950
              Tampa, Florida 33602
              Telephone: (813) 229-1000
              Fax: (813) 229-3692
              Attorneys for Plaintiff
              wmerlin@merlinlawgroup.com
              ikuhn@merlinlawgroup.com
              ssmith@merlinlawgroup.com
              rbradley@merlinlawgroup.com