# Exhibit "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE No.: 9-19-CV-80111-BLOOM/Reinhart

CENTRE HILL COURTS
CONDOMINIUM ASSOCIATION, INC.

    Plaintiff,

vs.

ROCKHILL INSURANCE COMPANY,

    Defendant.
_____/

**PLAINTIFF'S FIRST SUPPLEMENTAL RULE 26(A)(2) EXPERT DISCLOSURES**

Plaintiff, Centre Hill Courts Condominium Association, Inc. ("Plaintiff"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(a)(2) submits to Defendant, Rockhill Insurance Company its First Supplemental Expert Disclosure and states as follows: (*new information appears in bold italic font*)

I. **Retained Experts**

- **Rocco Calaci**
  **LRC Services**
  **302 Vaughan St.**
  **Fort Walton Beach, FL 32548**

Mr. Calaci is a meteorologist retained by Plaintiff and is expected to provide expert testimony in the area of forensic meteorology. Mr. Calaci will testify regarding the weather conditions at the property on the reported date of loss, and during the relevant policy period. He will provide testimony regarding the opinions expressed within his report dated September 16, 2019, *and his report dated October 4, 2019*, which contain a complete statement of his opinions

and the basis and reasons for them, as well as the facts considered by Mr. Calaci in forming his opinions. *A copy of Mr. Calaci's report dated October 4, 2019, supplementing his September 16, 2019 report only with the photographs from Mr. Calaci's site visit on September 25, 2019, is attached hereto.*

The further substance of Mr. Calaci's mental impressions and opinions, and the methodology for which they were derived may be further discovered through his deposition testimony. Mr. Calaci will also testify regarding any matters addressed or analyzed at his deposition, if taken, and to rebut any opinions offered by any other witness at trial.

**Qualifications/Basis for Opinions:** Refer to Mr. Calaci's curriculum vitae attached hereto.

**Publications last 10 years:** None. Refer to Mr. Calaci's curriculum vitae attached hereto.

**Trial/Deposition testimony last 4 years:** Please see Mr. Calaci's list of Trial/ Deposition testimony which is attached hereto.

**Compensation:** See Mr. Calaci's fee schedule contained within his CV, attached hereto.

Dated this 4th day of October 2019.

        **MERLIN LAW GROUP, P.A.**

        */s/ Shane S. Smith*
        **WILLIAM F. MERLIN, JR., ESQUIRE**
        Florida Bar Number: 364721
        **ERISELDA KUHN, ESQUIRE**
        Florida Bar Number: 1003031
        **SHANE S. SMITH, ESQUIRE**
        Florida Bar Number: 53130
        MERLIN LAW GROUP, P.A.
        777 S. Harbour Island Blvd., Suite 950
        Tampa, Florida 33602
        Telephone: (813) 229-1000
        Fax: (813) 229-3692
        Attorneys for Plaintiff
        wmerlin@merlinlawgroup.com
        ikuhn@merlinlawgroup.com
        ssmith@merlinlawgroup.com
        rbradley@merlinlawgroup.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 4th day of October, 2019, a true and correct copy of the foregoing was furnished by E-mail to: Lauren D. Levy, Esq., lauren@levylawgroup.com; nikki@levylawgroup.com; lourdes@levylawgroup.com and Alex Goerss, Esq., alex@levylawgroup.com, Levy Law Group, 3399 Ponce De Leon Blvd., Suite 202, Coral Gables, Florida 33134.

                                      **MERLIN LAW GROUP, P.A.**

*/s/ Shane S. Smith*
**WILLIAM F. MERLIN, JR., ESQUIRE**
Florida Bar Number: 364721
**ERISELDA KUHN, ESQUIRE**
Florida Bar Number: 1003031
**SHANE S. SMITH, ESQUIRE**
Florida Bar Number: 53130
MERLIN LAW GROUP, P.A.
777 S. Harbour Island Blvd., Suite 950
Tampa, Florida 33602
Telephone: (813) 229-1000
Fax: (813) 229-3692
Attorneys for Plaintiff
wmerlin@merlinlawgroup.com
ikuhn@merlinlawgroup.com
ssmith@merlinlawgroup.com
rbradley@merlinlawgroup.com