# Exhibit "C"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE No.: 9-19-CV-80111-BLOOM/Reinhart

CENTRE HILL COURTS
CONDOMINIUM ASSOCIATION, INC.

    Plaintiff,

vs.

ROCKHILL INSURANCE COMPANY,

    Defendant.
_____/

## PLAINTIFF'S RULE 26 REBUTTAL EXPERT DISCLOSURES

Plaintiff, Centre Hill Courts Condominium Association, Inc. ("Plaintiff"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(a)(2) )(D)(ii) and this Court's Order Setting Trial and Pre-Trial Schedule, Requiring Mediation, and Referring Certain Matters to Magistrate Judge (Dkt. 17) submits to Defendant, Rockhill Insurance Company its Rebuttal Expert Disclosures. Plaintiff incorporates by reference its September 24, 2019, Expert Witness Disclosures as if fully restated herein. In addition to the information previously provided in the September 24, 2019 disclosures, Plaintiff submits the following rebuttal expert disclosures:

### I. Retained Experts

- **Steven Thomas CTS, CIT 4875**
  **Roof Leak Detection Company, Inc.**
  **7588 Oakboro Drive**
  **Lake Worth, FL 33467**

Mr. Thomas was previously disclosed in Plaintiff's September 24, 2019 Expert Witness Disclosures. Mr. Thomas will proffer rebuttal expert testimony regarding the report of Madsen Kneppers & Associates, Inc., dated January 9, 2018. Mr. Thomas' testimony at trial will include

those matters previously identified in Plaintiff's September 24, 2019 Expert Witness Disclosures, and any and all matters included in Mr. Thomas' deposition testimony. Mr. Thomas' opinions will be based on his education, training, and experience, as well as his inspection of the property and his review of the records and reports exchanged between the parties in the course of discovery. Mr. Thomas' rebuttal report is attached hereto.

- **Michael H. Biller, P.E., RRC**
  **Biller Reinhart Engineering Group, Inc.**
  **3434 Colwell Avenue, Suite 100**
  **Tampa, Florida 33614**

Mr. Biller was previously disclosed in Plaintiff's September 24, 2019 Expert Witness Disclosures. Mr. Biller will proffer rebuttal expert testimony regarding the report of Madsen Kneppers & Associates, Inc., dated January 9, 2018. Mr. Biller's testimony at trial will include those matters previously identified in Plaintiff's September 24, 2019 Expert Witness Disclosures, and any and all matters included in Mr. Biller's deposition testimony. Mr. Biller's opinions will be based on his education, training, and experience, as well as his inspection of the property and his review of the records and reports exchanged between the parties in the course of discovery. Mr. Biller's rebuttal report is attached hereto.

- **Richard A. Roth**
  **Southern Restoration Services, LLC**
  **13506 Summerport Village Parkway # 117**
  **Windermere, Florida 34789**

Mr. Roth was previously disclosed in Plaintiff's September 24, 2019 Expert Witness Disclosures. Mr. Roth will proffer rebuttal expert testimony regarding the report of Young & Associates, Inc., dated February 28, 2018. Mr. Roth's testimony at trial will include those matters previously identified in Plaintiff's September 24, 2019 Expert Witness Disclosures, and any and all matters included in Mr. Roth's deposition testimony. Mr. Roth's opinions will be based on his

education, training, and experience, as well as his inspection of the property and his review of the records and reports exchanged between the parties in the course of discovery. Mr. Roth's rebuttal report is attached hereto.

Dated this 8th day of October 2019.

                                           **MERLIN LAW GROUP, P.A.**

                                           */s/ William F. Merlin, Jr.*
                                           **WILLIAM F. MERLIN, JR., ESQUIRE**
                                           Florida Bar Number: 364721
                                           **ERISELDA KUHN, ESQUIRE**
                                           Florida Bar Number: 1003031
                                           **SHANE S. SMITH, ESQUIRE**
                                           Florida Bar Number: 53130
                                           MERLIN LAW GROUP, P.A.
                                           777 S. Harbour Island Blvd., Suite 950
                                           Tampa, Florida 33602
                                           Telephone: (813) 229-1000
                                           Fax: (813) 229-3692
                                           Attorneys for Plaintiff
                                           wmerlin@merlinlawgroup.com
                                           ikuhn@merlinlawgroup.com
                                           ssmith@merlinlawgroup.com
                                           rbradley@merlinlawgroup.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 8th day of October, 2019, a true and correct copy of the foregoing was furnished by E-mail to: Lauren D. Levy, Esq., lauren@levylawgroup.com; nikki@levylawgroup.com; lourdes@levylawgroup.com and Alex Goerss, Esq., alex@levylawgroup.com, Levy Law Group, 3399 Ponce De Leon Blvd., Suite 202, Coral Gables, Florida 33134.

                                           **MERLIN LAW GROUP, P.A.**

                                           */s/ William F. Merlin, Jr.*
                                           **WILLIAM F. MERLIN, JR., ESQUIRE**
                                           Florida Bar Number: 364721
                                           **ERISELDA KUHN, ESQUIRE**
                                           Florida Bar Number: 1003031
                                           **SHANE S. SMITH, ESQUIRE**

Florida Bar Number: 53130
MERLIN LAW GROUP, P.A.
777 S. Harbour Island Blvd., Suite 950
Tampa, Florida 33602
Telephone: (813) 229-1000
Fax: (813) 229-3692
Attorneys for Plaintiff
wmerlin@merlinlawgroup.com
ikuhn@merlinlawgroup.com
ssmith@merlinlawgroup.com
rbradley@merlinlawgroup.com